gato la parte apelante antes de la vista de la moción. Abogado de los apelantes: *Sr. Francisco Parra Capó.* Abogado del apelado: *Sr. Ramón Dapena.*

———————

No. 131. Hernández, Peticionario, *v.* Foote, Juez de Distrito, Demandado.—Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Mayagüez. Resuelto en noviembre 10, 1914. Denegada la solicitud. El peticionario compareció por escrito en nombre propio. El demandado no compareció.

———————

No. 1234. Cabrer, Demandante y Apelado, *v.* Blanch, Demandado y Apelante.—Apelación procedente de la Corte de Distrito de Mayagüez, en un caso sobre cobro de cantidad de dinero. Moción de la parte apelada con la conformidad de la apelante para que se desestime la apelación. Resuelto en noviembre 11, 1914. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado del apelante: *Sr. Luis Janer Landrón.* Abogado del apelado: *Sr. José Sabater.*

———————

No. 733. El Pueblo, Demandante y Apelante, *v.* Fajardo, Acusado y Apelado.—Apelación procedente de la Corte de Distrito de Mayagüez en causa por infracción de la ley de rentas internas. Moción del apelante desistiendo de la apelación. Resuelto en noviembre 12, 1914. Se tiene al apelante por desistido de dicha apelación. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* El apelado no compareció.

———————

No. 134. Hernández, Peticionario, *v.* Foote, Juez de Distrito, Demandado.—Solicitud para que se expida manda-

miento de *certiorari* al Juez de la Corte de Distrito de Maya-
güez. Resuelto en noviembre 16, 1914. Denegada la solici-
tud. El peticionario compareció por escrito en nombre pro-
pio. El demandado no compareció.

----

No. 732. EL PUEBLO, DEMANDANTE Y APELANTE, *v.* FAJARDO,
DEMANDADO Y APELADO.—Apelación procedente de la Corte de
Distrito de Mayagüez en causa por infracción de la ley de
rentas internas. Moción del apelado para que se desestime
la apelación, para acumular las dos apelaciones Nos. 732 y
733 y para suspender la vista de este caso. Resuelto en
noviembre 17, 1914. Denegada la moción en todas sus partes,
menos en cuanto a la desestimación del recurso, sobre cuyo
particular la corte se reserva dictar resolución cuando se
decida el caso en definitiva. Abogados del apelante: *Sres.
Robert Szold y Salvador Mestre, Fiscal.* Abogados del acu-
sado: *Sres. Willis Sweet y Benjamin J. Horton.*

----

No. 723. EL PUEBLO, DEMANDANTE Y APELADO, *v.* BENÍTEZ
ET AL., ACUSADOS Y APELANTES.—Apelación procedente de la
Corte de Distrito de Humacao en causa por infracción del
artículo 85 del Código Penal. Moción del apelante para corre-
gir los autos. Resuelto en noviembre 18, 1914. Denegada la
moción sin perjuicio de acordar lo que proceda si se presen-
tase nuevamente dicho documento con la aprobación y certi-
ficación del Juez sentenciador. Abogado del Pueblo: *Sr. Sal-
vador Mestre, Fiscal.* Abogado de los apelantes: *Sr. Euge-
nio Benítez Castaño.*

----

No. 717. EL PUEBLO, DEMANDANTE Y APELADO, *v.* SANTOS,
ACUSADO Y APELANTE.—